UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Marion Marie Lockwood           Case No.   11-35215-JDA
                                Chapter    7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Three Thousand Four Hundred seventy-seven and 09/100 dollars ($3,477.09) of unclaimed funds held in the U.S. Treasury to:

Tenet Healthcare Corporation
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA  98065

**Signed on August 12, 2019**



/s/ Joel D. Applebaum
Joel D. Applebaum
United States Bankruptcy Judge